IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Johnican, Tommie L | Case Number: 04 B 34334 |
| | Judge: Hollis, Pamela S |
| Printed: 9/23/08 | Filed: 9/16/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: September 4, 2008
Confirmed: December 6, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 9,982.00 | |
| Secured: | | 2,748.18 |
| Unsecured: | | 4,259.13 |
| Priority: | | 0.00 |
| Administrative: | | 2,244.00 |
| Trustee Fee: | | 513.71 |
| Other Funds: | | 216.98 |
| Totals: | 9,982.00 | 9,982.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | David M Siegel | Administrative | 2,244.00 | 2,244.00 |
| 2. | Wells Fargo | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Home Mortgage | Secured | 2,260.28 | 2,260.28 |
| 5. | Wells Fargo | Secured | 487.90 | 487.90 |
| 6. | Illinois Dept Of Public Aid | Unsecured | 644.90 | 644.90 |
| 7. | ECast Settlement Corp | Unsecured | 235.78 | 235.78 |
| 8. | Discover Financial Services | Unsecured | 888.22 | 888.22 |
| 9. | ECast Settlement Corp | Unsecured | 1,181.19 | 1,181.19 |
| 10. | RoundUp Funding LLC | Unsecured | 1,309.04 | 1,309.04 |
| 11. | Grand Victoria Casino | Unsecured | | No Claim Filed |
| 12. | Midwest Neoped Association | Unsecured | | No Claim Filed |
| 13. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| | | | $ 9,251.31 | $ 9,251.31 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 58.04 |
| 4% | 22.12 |
| 3% | 12.93 |
| 5.5% | 89.20 |
| 5% | 51.75 |
| 4.8% | 65.61 |
| 5.4% | 214.06 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Johnican, Tommie L

Printed: 9/23/08

Case Number:  04 B 34334
Judge:  Hollis, Pamela S
Filed:  9/16/04

_____
$ 513.71

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

